UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE MAURER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2199 PLC |
| | ) | |
| WILLIAM BELCHER, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the record. Plaintiff, a prisoner, seeks leave to proceed in forma pauperis in this action under 42 U.S.C. § 1983. (ECF No. 2). During the past six months, Plaintiff has not made any deposits and has had a negative balance in his account. Therefore, the Court will not assess a partial filing fee at this time, and will grant Petitioner leave to proceed in forma pauperis. 28 US.C. § 1915(b).

Plaintiff did not sign his complaint. (ECF No. 1). Rule 11(a) of the Federal Rules of Civil Procedure requires an unrepresented party to personally sign all of his pleadings, motions, and other papers. The Court must strike an unsigned pleading "unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to return the complaint (ECF No. 1) to Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff must sign the complaint and return it to the Court within twenty-one (21) days of the date of this Order.

**Plaintiff's failure to timely comply with this Order will result in the Court striking Plaintiff's complaint pursuant to Rule 11 of the Federal Rules of Civil Procedure.**

*/s/ Patricia L. Cohen*
_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of August, 2017